```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>Robert T. Bevill</u>

    v.                        04-cv-406-SM

<u>Sprint Communications Company, L.P.</u>

<u>ORDER</u>

Re: Document No. 37, Motion for Sanctions

Ruling: Plaintiff is pro se, and, although somewhat litigious, cannot reasonably be held to counsel's level of sophistication regarding proper grounds upon which to invoke Rule 60 relief. Indeed, a simple and short objection by defendant would have sufficed. Putting aside the misnomer regarding the defendant's identity, still, even if a sanction would be warranted, it would not likely be of such seriousness as to call for even further engagement by defendants. The motion is denied. This case is closed and plaintiff shall not file additional pleadings in this case without first filing a motion for leave to file, in which he shall set forth a short and concise statement of the type of pleading he wishes to file, the nature of the relief to be sought, and the legal grounds upon which he believes the relief sought is attainable. The court will review such motion and rule on whether it may be filed, thereby sparing defendant any further need to respond to motions that are insufficiently supported or legally unsupportable.

Date: October 2, 2006

                                                    Steven J. McAuliffe
                                                    Chief Judge

cc: Robert Bevill, pro se
    R. Matthew Cairns, Esq.